# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:09CR251 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| TROY R. HOLLENBECK, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the motion to continue by government's counsel (Filing No. 81).  Upon consideration, the motion will be granted.

**IT IS ORDERED:**

1.  The motion to continue trial (Filing No. 81) is granted.

2.  Trial of this matter is re-scheduled for **February 1, 2010,** before Chief Judge Joseph F. Bataillon and a jury.

DATED this 19th day of January, 2010.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge