IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR251 |
| | ) | |
| v. | ) | |
| | ) | |
| TROY R. HOLLENBECK, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion for dismissal, without prejudice, of Part b only of Count II of the superseding indictment (Filing No. 139), pertaining to the forfeiture of a 2001 Honda Passport, VIN 4S6DM58W814415155. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) The motion is granted. Part b only of Count II of the superseding indictment is dismissed as it relates to Troy R. Hollenbeck.

2) The 2001 Honda Passport, VIN 4S6DM58W814415155, shall be returned to the registered owner.

DATED this 4th day of June, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court