IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR251 |
| | ) | |
| v. | ) | |
| | ) | |
| TROY R. HOLLENBECK, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for extension of time to file motions (Filing No. 141, and motion to continue sentencing (Filing No. 143).  The Court finds the motions should be granted.  Accordingly,

IT IS ORDERED:

1) Defendant's motion for extension of time to file motions is granted; defendant shall have until June 28, 2010, to file any motions for departure, deviation or variance.

2) Defendant's motion to continue sentencing is granted.  Sentencing in this matter is rescheduled for:

**Friday, July 16, 2010, at 10:30 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 16th day of June, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court