IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )        8:09CR251
                             )
     v.                      )
                             )
TROY R. HOLLENBECK,          )        ORDER
                             )
          Defendant.         )
_____)
```

This matter is before the Court on defendant's motion to return property (Filing No. 198). The Court finds the plaintiff should respond to said motion. Accordingly,

IT IS ORDERED that the plaintiff should respond to defendant's motion to return property on or before September 16, 2011.

DATED this 29th day of August, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court